**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-20045
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

IRENE WILSON GLAZE,
also known as Irene Flakes,

Defendant-Appellant.

Appeal from the United States District Court
For the Southern District of Texas
USDC No. H-92-CR-59

August 21, 1997

Before WISDOM, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Irene Wilson Glaze, federal prisoner #59783-079, appeals the district court's denial of her motion to modify her sentence under 18 U.S.C. § 3582(c) and other statutes. Glaze also appeals the denial of her motions for return of forfeited property, discovery, an evidentiary hearing, and appointment of counsel. We have

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

carefully reviewed the record and the briefs of the parties. We AFFIRM.

None of the authorities cited by Glaze in the district court authorized that court to grant the relief she sought. The district court did not err by denying relief without ordering discovery, appointing counsel, or holding an evidentiary hearing. Glaze has abandoned her challenge to the denial of her motion for return of forfeited property by failing to address that issue in her appellate brief. See Yohey v. Collins, 985 F.2d 222, 223-24 (5th Cir. 1993). Glaze's motions in this court for appointment of appellate counsel and a default judgment are DENIED.

Glaze has filed documents which indicate that she also wishes to appeal the district court's denial of relief under 28 U.S.C. § 2255; however, that appeal is not before this court. See Fed. R. App. P. 4(a).

AFFIRMED.